IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY KOZUH,

    Plaintiff,

vs.                                     5:04-CV-048-SPM

NURSE NICHOLS, *et al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 41) dated July 7, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on August 8, 2005 (doc. 49).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Having reviewed the voluminous attachments accompanying the more than forty-eight objections raised by Plaintiff, the Court is of the opinion that the report and recommendation should be adopted. Plaintiff has not shown that he has properly utilized the grievance procedure created by the Florida Department of

Corrections to address complaints of inmates housed in the state's correctional institutions. As noted in the report and recommendation, while Plaintiff specifically alleges that medical staff were deliberately indifferent to his needs, he failed to follow the two- or three-step procedure outlined in Florida Administrative Code chapter 33-103. Plaintiff's arguments as to the futility of the grievance system are unavailing; also as noted in the report and recommendation, a court "may not consider the adequacy or futility of administrative remedies, but only the availability of such." Accordingly, it is

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 41) is adopted and incorporated by reference in this order.

2. Defendants' motions to dismiss (docs. 18, 29) are hereby *granted*.

3. Plaintiff's complaint (doc. 1) is hereby *dismissed* for failure to exhaust administrative remedies.

**DONE AND ORDERED** this <u>twenty-second</u> day of August, 2005.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao